O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANTHONY JONES,<br>    Petitioner-Appellant<br>     v.<br>UNITED STATES OF AMERICA,<br>    Respondent, | Case No.<br><br>CV 13-08906 DDP ✓<br><br>[CR 09-00460 DDP]<br><br>**ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY** |

   Having reviewed petitioner-appellant's application and the court record, the Court concludes that reasonable jurists could not disagree with the Court's determination of Petitioner's constitutional claims.  See <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 327 (2003).  Petitioner, therefore, has not made a substantial showing of the denial of a constitutional right.  <u>Id.</u>  Accordingly, the Court DECLINES to issue a certificate of appealability.  28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

Dated: October 16, 2014

                                        DEAN D. PREGERSON
                                        United States District Judge